ORIGINAL

**FILED**

07/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0420

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0420

---

RASTA KHALID WALID,

    Plaintiff and Appellant,

v.

STATE OF MONTANA, ATTORNEY
GENERAL, DEPARTMENT OF PUBLIC
HEALTH AND HUMAN SERVICES, CHILD
SUPPORT ENFORCEMENT DIVISION, OFFICE
OF THE ADMINISTRATIVE LAW JUDGE,

    Defendants and Appellees.

O R D E R

---

Appellant Rasta Khalid Walid was granted an extension of time to file and serve his opening brief on or before May 7, 2024. Walid did not thereafter file the opening brief and on June 5, 2024, this Court ordered that Walid file the opening brief no later than July 3, 2024. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide a copy of this Order to all parties of record.

DATED this 16 day of July, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

**FILED**

JUL 1 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana